Parks v. Federal Bureau of Prisons    Doc. 3

```
CLERK'S OFFICE U.S. DIST. COURT
      AT ROANOKE, VA
           FILED
      MAR 2 3 2006
JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VINCENT PARKS, ) | |
|     Plaintiff, ) | Civil Action No. 7:06-CV-00131 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| BUREAU OF PRISONS, ) | By: Samuel G. Wilson |
|     Defendant. ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A. All other pending motions are **DENIED** as **MOOT**, and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendant, if known.

**ENTER**: This 23rd day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com